**B9A** (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–20128–wsh**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/28/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):

| | |
|---|---|
| Howard Keith Wiley<br>534 Links View Drive<br>Butler, KY 41006 | Margaret Ann Wiley<br>534 Links View Drive<br>Butler, KY 41006 |
| Case Number:<br>09–20128–wsh | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–8128<br>xxx–xx–4738 |
| Attorney for Debtor(s) (name and address):<br>Alexander F Edmondson<br>28 W 5th St<br>Covington, KY 41011–1453<br>Telephone number: (859) 491–5551 | Bankruptcy Trustee (name and address):<br>L. Craig Kendrick<br>7000 Houston Rd.<br>Bldg. 300, Ste. 25<br>Florence, KY 41042<br>Telephone number: (859) 371–4321 |

### Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **March 5, 2009**         Time: **09:00 AM**
Location: **US Courthouse, 1st Fl #178, 35 W 5th St, Covington, KY 41011**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/4/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111<br>Telephone number: (859)233–2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 1/30/09 |

**Case information 24 hours per day: VCIS 1–800–998–2650 or (859) 233–2650**
**Visit our website at www.kyeb.uscourts.gov for more information.**

**EXPLANATIONS** B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

– – **Refer to Other side for Important Deadlines and Notices** – –

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: kimc                  Page 1 of 1                  Date Rcvd: Jan 30, 2009
Case: 09-20128                 Form ID: b9an               Total Served: 26

The following entities were served by first class mail on Feb 01, 2009.
 db          +Howard Keith Wiley,    534 Links View Drive,    Butler, KY 41006-8761
 jdb         +Margaret Ann Wiley,    534 Links View Drive,    Butler, KY 41006-8761
 aty         +Alexander F Edmondson,    28 W 5th St,   Covington, KY 41011-1402
 tr          +L. Craig Kendrick,    7000 Houston Rd.,    Bldg. 300, Ste. 25,    Florence, KY 41042-4873
 ust         +U.S. Trustee,   100 E Vine St #500,   Lexington, KY 40507-1441
 3766069      AAA FINANCIAL SERVICES,    P.O. BOX 17309,    BALTIMORE MD 21297-1309
 3766070      ADVANTA,    P.O. BOX 8088,    PHILADELPHIA PA 19101-8088
 3766072      AT&T UNIVERSAL CARD,    P.O. BOX 182564,    COLUMBUS OH 43218-2564
 3766073      BANK OF AMERICA,    P.O. BOX 17309,    BALTIMORE MD 21297-1309
 3766074      CARD SERVICES,    P.O. BOX 13337,    PHILADELPHIA PA 19101-3337
 3766076     +CHASE HOME FINANCE,    3415 VISION DRIVE,    COLUMBUS OH 43219-6009
 3766077      CITICARDS,    P.O. BOX 183059,    COLUMBUS OH 43218-3059
 3766078      COUNTRYWIDE,    P.O. BOX 660694,    DALLAS TX 75266-0694
 3766068    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: 5/3 BANK,    38 FOUNTAIN SQUARE PLAZA,    CINCINNATI OH 45202)
 3766080      GEMB/ASHELY MORRIS,    P.O. BOX 960061,    ORLANDO FL 32896-0061
 3766081      HOME DEPOT CREDIT SERVICES,    P.O. BOX 6028,    THE LAKES NV 88901-6028
 3766082     +JULIANNE HOEKZEMA,    2312 WILSON,    NEWPORT KY 41076-1335
 3766083      KEY BANK,    P.O. BOX 6531,    THE LAKES NV 88901-6531
 3766086      MEIJER,    P.O. BOX 860015,    ORLANDO FL 32896-0015
 3766087     +STAPLES,    PROCESSING CENTER,    DES MOINES IA 50364-0001
The following entities were served by electronic transmission on Jan 30, 2009.
 tr          +EDI: BLCKENDRICK.COM Jan 30 2009 18:58:00      L. Craig Kendrick,    7000 Houston Rd.,
               Bldg. 300, Ste. 25,   Florence, KY 41042-4873
 3766069      EDI: BANKAMER2.COM Jan 30 2009 18:58:00      AAA FINANCIAL SERVICES,    P.O. BOX 17309,
               BALTIMORE MD 21297-1309
 3766071      EDI: AMEREXPR.COM Jan 30 2009 18:58:00      AMERICAN EXPRESS,    BOX 0001,
               LOS ANGELES CA 90096-0001
 3766073      EDI: BANKAMER2.COM Jan 30 2009 18:58:00      BANK OF AMERICA,    P.O. BOX 17309,
               BALTIMORE MD 21297-1309
 3766075      EDI: CHASE.COM Jan 30 2009 18:59:00      CARDMEMBER SERVICES,    P.O. BOX 15153,
               WILMINGTON DE 19886-5153
 3766079      EDI: DISCOVER.COM Jan 30 2009 18:58:00      DISCOVER CARD,    P.O. BOX 15251,
               WILMINGTON DE 19886-5251
 3766084      EDI: CBSKOHLS.COM Jan 30 2009 18:58:00      KOHLS,    P.O. BOX 2983,    MILWAUKEE WI 53201-2983
 3766085      EDI: RMSC.COM Jan 30 2009 18:58:00      LOWE'S,    P.O. BOX 530914,    ATLANTA GA 30353-0914
 3766088      E-mail/Text: vci.bkcy@vwcredit.com                           VOLKSWAGEN CREDIT,
               1401 FRANKLIN BLVD.,    LIBERTYVILLE IL 60048
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2009**                    **Signature:**    *Joseph Speetjens*