# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Howard Keith Wiley<br>Margaret Ann Wiley<br>534 Links View Drive<br>Butler, KY 41006<br>534 Links View Drive<br>Butler, KY 41006<br>aka/dba:<br><br>SSN/TID: xxx–xx–8128<br>        xxx–xx–4738<br><br>Debtor(s) | Case Number: 09–20128–wsh<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

Dated: 5/19/09

By The Court

*William S. Howard*

William S. Howard
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: ruthh                  Page 1 of 1                  Date Rcvd: May 19, 2009
Case: 09-20128                 Form ID: B18                 Total Served: 24

The following entities were served by first class mail on May 21, 2009.
db/jdb         +Howard Keith Wiley,    Margaret Ann Wiley,   534 Links View Drive,   Butler, KY 41006-8761
3766069         AAA FINANCIAL SERVICES,    P.O. BOX 17309,   BALTIMORE MD 21297-1309
3766070         ADVANTA,    P.O. BOX 8088,   PHILADELPHIA PA 19101-8088
3766072         AT&T UNIVERSAL CARD,    P.O. BOX 182564,   COLUMBUS OH 43218-2564
3766073         BANK OF AMERICA,    P.O. BOX 17309,   BALTIMORE MD 21297-1309
3766074         CARD SERVICES,    P.O. BOX 13337,   PHILADELPHIA PA 19101-3337
3766076        +CHASE HOME FINANCE,    3415 VISION DRIVE,   COLUMBUS OH 43219-6009
3766077         CITICARDS,    P.O. BOX 183059,   COLUMBUS OH 43218-3059
3766078         COUNTRYWIDE,    P.O. BOX 660694,   DALLAS TX 75266-0694
3766068        ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                (address filed with court: 5/3 BANK,   38 FOUNTAIN SQUARE PLAZA,   CINCINNATI OH 45202)
3766080         GEMB/ASHELY MORRIS,    P.O. BOX 960061,   ORLANDO FL 32896-0061
3766081         HOME DEPOT CREDIT SERVICES,    P.O. BOX 6028,   THE LAKES NV 88901-6028
3776601         JP MORGAN CHASE BANK NA,    NATIONAL PAYMENT SERVICES,   P O BOX 24785,   COLUMBUS OH 43224-0785
3766082        +JULIANNE HOEKZEMA,    2312 WILSON,   NEWPORT KY 41076-1335
3766083         KEY BANK,    P.O. BOX 6531,   THE LAKES NV 88901-6531
3766086         MEIJER,    P.O. BOX 860015,   ORLANDO FL 32896-0015
3766087        +STAPLES,    PROCESSING CENTER,   DES MOINES IA 50364-0001
The following entities were served by electronic transmission on May 19, 2009.
3766069         EDI: BANKAMER2.COM May 19 2009 20:58:00     AAA FINANCIAL SERVICES,    P.O. BOX 17309,
                 BALTIMORE MD 21297-1309
3766071         EDI: AMEREXPR.COM May 19 2009 20:58:00     AMERICAN EXPRESS,   BOX 0001,
                 LOS ANGELES CA 90096-0001
3766073         EDI: BANKAMER2.COM May 19 2009 20:58:00     BANK OF AMERICA,   P.O. BOX 17309,
                 BALTIMORE MD 21297-1309
3766075         EDI: CHASE.COM May 19 2009 20:58:00     CARDMEMBER SERVICES,   P.O. BOX 15153,
                 WILMINGTON DE 19886-5153
3766079         EDI: DISCOVER.COM May 19 2009 20:58:00     DISCOVER CARD,   P.O. BOX 15251,
                 WILMINGTON DE 19886-5251
3776602        +EDI: CHASE.COM May 19 2009 20:58:00     JP MORGAN CHASE BANK NA,   P O BOX 24603,
                 ATTN BANKRUPTCY DEPT,   COLUMBUS OH 43224-0603
3766084         EDI: CBSKOHLS.COM May 19 2009 20:58:00     KOHLS,   P.O. BOX 2983,   MILWAUKEE WI 53201-2983
3766085         EDI: RMSC.COM May 19 2009 20:58:00     LOWE'S,   P.O. BOX 530914,   ATLANTA GA 30353-0914
3766088         E-mail/Text: vci.bkcy@vwcredit.com                            VOLKSWAGEN CREDIT,
                 1401 FRANKLIN BLVD.,   LIBERTYVILLE IL 60048
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 21, 2009**          **Signature:** *Joseph Speetjens*